**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 20-cv-21644-UU

LESLY P. BANEGAS,

    Plaintiffs,

v.

OCEAN CC, LLC,

    Defendant.
_____/

**ORDER APPROVING SETTLEMENT, DISMISSING AND CLOSING CASE**

THIS CAUSE comes before the Court upon the parties' Joint Motion for Entry of Order Approving Settlement and Dismissing Case with Prejudice (the "Joint Motion"). D.E. 8.

THE COURT has considered the Joint Motion and the pertinent portions of the record and is otherwise fully advised in the premises. The Court finds that the settlement is a fair and reasonable arm's-length agreement. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352–53 (11th Cir. 1982). Accordingly, it is hereby

ORDERED AND ADJUDGED that the Joint Motion (D.E. 8) is GRANTED. The Settlement Agreement (D.E. 8-1) is hereby APPROVED. It is further

ORDERED AND ADJUDGED that the case is DISMISSED WITH PREJUDICE. Each party shall bear its own attorneys' fees and costs, except as otherwise specified in the Settlement Agreement. The Court will retain jurisdiction to enforce the Settlement Agreement until **November 30, 2020**. It is further

ORDERED AND ADJUDGED that the case is CLOSED for administrative purposes. All future hearings are CANCELLED, and all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers, Miami, Florida, this _28TH_ day of May, 2020.

                                                                            URSULA UNGARO
                                                                            UNITED STATES DISTRICT JUDGE

Copies furnished:
All counsel of record